UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **DENNIS HAYNES,** :<br>:<br>     Plaintiff, :<br>:<br>v. :<br>:<br>MIDAS INTERNATIONAL CORPORATION, :<br>:<br>     Defendant. :<br>_____/ :<br>: | Case No: 0:17-cv-61167-BB |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff, Dennis Haynes, hereby advises the Court that this case has been settled. The Parties request fifteen (15) days within which to file the appropriate documentation with the Court. The Parties further request a stay of all pleadings and deadlines in this matter pending completion of the settlement documentation.

/s/Philip Michael Cullen, III, Esq.
Fla Bar No: 167853
Thomas B. Bacon, P.A.
621 South Federal Hwy, Suite Four
Fort Lauderdale, Florida 33301
Telephone: (954) 462-0600
Facsimile: (954) 462-1717
e-mail: cullen@thomasbaconlaw.com